855 A.2d 568

IN THE MATTER OF FERNANDO J. JIMENEZ AN ATTORNEY AT LAW (ATTORNEY NO. 045531999).

September 7, 2004.

### O R D E R

**FERNANDO J. JIMENEZ** of **WEST NEW YORK**, who was admitted to the bar of this State in 1999, having been determined to be guilty of mail fraud conspiracy, in violation of 18 *U.S.C.A.* 371, and mail fraud, in violating of 18 *U.S.C.A.* 1341 and (2), and good cause appearing;

It is ORDERED that pursuant to *Rule* 1:20–13(b)(1), **FERNANDO J. JIMENEZ** is temporarily suspended from the practice of law pending the final resolution of ethics proceedings against him, effective immediately and until the further Order of this Court; and it is further

ORDERED that **FERNANDO J. JIMENEZ** be restrained and enjoined from practicing law during the period of his suspension; and it is further

ORDERED that **FERNANDO J. JIMENEZ** comply with *Rule* 1:20–20 dealing with suspended attorneys.